United States District Court
Southern District of Texas
**ENTERED**
November 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| YVONNE DENA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-cv-0105 |
| | § | |
| UNITED COLLECTIONS BUREAU, INC., | § § | |
|    Defendant. | § | |

## ORDER ON STIPULATED DISMISSAL

On November 14, 2023, the parties filed a joint stipulation agreement to dismiss this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 12. This Rule permits a plaintiff to dismiss an action against any defendant without a court order. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case have been dismissed with prejudice. The District Clerk is directed to close this case.

Except as provided by any settlement agreement, each party shall bear its own fees and costs.

Signed on November 14, 2023.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge